# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2017

Stephen J. Markman,
Chief Justice

152519

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

DENISE FOWLER, as Next Friend of
VIRGINIA JANE RAWLUSZKI,
      Plaintiff-Appellee,

v

SC: 152519
COA: 310890
Bay CC: 11-003317-NO

MENARD, INC.,
      Defendant-Appellant.

_____/

      On January 10, 2017, the Court heard oral argument on the application for leave to appeal the September 15, 2015 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      WILDER, J., did not participate because he was on the Court of Appeals panel.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2017



Clerk

t0626